# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AEROTEK AFFILIATED SERVICES, INC. f/k/a AEROTEK, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALEX MOORE, <br><br> Defendant. | CIVIL ACTION NO: <br> 1:22-cv-02522-WMR |

## NOTICE OF HEARING

Notice is hereby given that the Court sets a Pretrial Conference in this case for Monday, May 6, 2024 at 1:30 p.m. before the Honorable William M. Ray, II. The hearing will take place in Courtroom 1705 of the Richard B. Russell Federal Building located at 2211 United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303-3309.

SO ORDERED, this 22nd day of March 2024.

_William M. Ray II_
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE