# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AEROTEK AFFILIATED SERVICES, INC. f/k/a AEROTEK, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALEX MOORE, <br><br> Defendant. | CIVIL ACTION NO: <br> 1:22-cv-02522-WMR |

## NOTICE OF TIME CHANGE OF HEARING to 11:00 a.m.

Notice is hereby given that the previously scheduled Pretrial Conference in this case for Monday, May 6, 2024 at 1:30 p.m. **WILL NOW OCCUR AT 11:00 a.m.** before the Honorable William M. Ray, II. The hearing will take place in Courtroom 1705 of the Richard B. Russell Federal Building located at 2211 United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303-3309.

SO ORDERED, this 29th day of March 2024.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE

1